NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**D.J. MILLER & ASSOCIATES, INC.,**
*Appellant,*

v.

**KATHLEEN SEBELIUS, SECRETARY OF HEALTH & HUMAN SERVICES,**
*Appellee.*

---

2012-1314

---

Appeal from the Armed Services Board of Contract Appeals in no. 55357, Administrative Judge Reba Page.

---

**ON MOTION**

---

**ORDER**

D.J. Miller & Associates, Inc. moves for leave to proceed in forma pauperis.

A corporation may not proceed in forma pauperis. *See Roland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194 (1993) (holding that "only a natural person may qualify for treatment *in forma pauperis*").

This court also notes that a corporation may appear in federal court only through licensed counsel. *Id.* at 201-02.

Accordingly,

IT IS ORDERED THAT:

(1)   The motion to proceed in forma pauperis is denied. D.J. Miller & Associates must pay the docketing fee within 14 days of the date of issue of this order.

(2)   Counsel must enter an appearance for the appellant within 60 days of the date of issue of this order.

(3)   The briefing schedule is stayed for 60 days from the date of issue of this order.

FOR THE COURT

**MAY 2 2 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dave J. Miller, Sr.
     Tara K. Hogan, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 2 2012

JAN HORBALY
CLERK